USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/13/2105

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
IOAN MICULA, et al.,                                         :
                                Petitioners,     :
:    15 Misc. 107 (Part I)
             -against-                           :
:    ORDER
THE GOVERNMENT OF ROMANIA,                :
                               Respondent.   :
:
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on October 2, 2015, at Docket No. 85, Respondent filed a notice of appeal;

WHEREAS, on October 8, 2015, at Docket No. 86, Petitioners filed a motion to compel Respondent to answer post-judgment interrogatories; it is hereby

**ORDERED** that Respondent's time to respond to the motion to compel is adjourned sine die pending further order of the Court, except that , by October 20, 2015, the parties shall submit simultaneous letter briefs addressing whether the Court can consider Petitioners' motion to compel notwithstanding the appeal.

Dated: October 13, 2015
       New York, New York

SO ORDERED

_____
HON. LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE